UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## Index of Exhibits

| **Exhibit** | **Description** |
|---|---|
| A | Affidavit of Hart L. Robinovitch Pursuant to Fed.R.Civ.P. 56 |
| B | Second Affidavit Hart L. Robinovitch |