Index of Exhibits

| Exhibit | Description |
| --- | --- |
| A | Articles of Incorporation of Flint Theatrical Enterprises, Inc. |
| B | Article of Incorporation of K & P, Inc. |
| C | Articles of Organization of Déjà Vu Club – Highland Park, LLC |
| D | Articles of Organization of D V Kalamazoo, LLC |
| E | Articles of Incorporation of Cinema X of Kalamazoo, Inc. |
| F | Articles of Incorporation for Cin-Lan, Inc. |
| G | Article of Organization of Love Boutique – Port Huron, LLC |
| H | Nevada Articles of Organization of D V Saginaw, LLC |
| I | Articles of Incorporation for Ypsilanti Art Theatre Corp. |
| J | Excerpts of Doe Deposition |
| K | Affidavit of Karen E. Gay |
| L | Affidavit of Angela Bates de Gongora |
| M | Affidavit of Tom Sime |
| N | Affidavit of William Morris |
| O | Affidavit of George Couch |
| P | Affidavit of Aaron Davidson |
| Q | Affidavit of Traci Wilson |
| R | Affidavit of Laurie Bowers |