UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANE DOE NOS. 1-4, Individually and on behalf of
all others similarly situated

    Plaintiff(s),

Case No. 08-cv-12719

v.

Judge Stephen J. Murphy, III

CIN-LAN, INC, et al

Magistrate Judge Michael Hluchaniuk

    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Jolar Cinema of San Diego, Ltd. d/b/a Jolar Cinema Showgirls

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 4, 2010

/s/Allan S. Rubin

P44420
Jackson Lewis, LLP
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
rubina@jacksonlewis.com