**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Jane Doe, et al. Individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

Cin-Lan, Inc., et al.

        Defendants.
_____/

Case No. 08-cv-12719

Hon: Stephen J. Murphy III
Mag. Judge Michael J. Hluchaniuk

**NOTICE OF JOINDER IN MOTION FOR PRELIMINARY**
**APPROVAL OF SETTLEMENT**

     Now comes the Defendants identified in Exhibit A to Plaintiffs Second Amended Complaint and hereby joins in the Motion for Preliminary Approval of Settlement. (Doc. No. 189). According, the Ex. A Defendants ask that this Court grant preliminary approval of the settlement.

                                    Respectfully Submitted,

                                    **JACKSON LEWIS LLP**

Dated: November 5, 2010              s/ Allan S. Rubin_____
                                                      Allan S. Rubin (P44420)
                                                      Christina A. Daskas (P52757)
                                                      Attorneys for Defendants all Ex. A Defendants
                                                      2000 Town Center, Suite 1650
                                                      Southfield, MI 48075
                                                      Phone: (248) 936-1900
                                                      Fax: (248) 936-1901
                                                      E-Mail: Rubina@jacksonlewis.com
                                                                  Daskasc@jacksonlewis.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2010, I did electronically file the above document with the United States District Court for the Eastern District of Michigan by its electronic filing system, thereby serving the same upon all opposing counsel.

Dated this 5th day of November, 2010.        s/ Allan S. Rubin

4811-0639-5400, v. 1